IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENA MATHIS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION NO. 4:16-CV-1559 |
| LOWE'S HOME CENTERS, LLC | ) | |
| AND HUSQVARNA CONSUMER | ) | |
| OUTDOOR PRODUCTS, N.A., INC. | ) | |
| | ) | |
| DEFENDANTS. | | |

NOTICE OF HUSQVARNA CONSUMER OUTDOOR PRODUCTS, N.S., INC.'S
INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that a copy of

Husqvarna Consumer Outdoor Products, N.A., Inc.'s Initial Disclosures was served on all

counsel of record on this 31st day of August, 2016.

Respectfully submitted,

GERMER BEAMAN & BROWN, PLLC
301 Congress Avenue, Suite 1700
Austin, Texas  78701
(512) 472-0288 Telephone
(512) 472-9260 Facsimile

By:    /s/ Chris A. Blackerby
        Chris A. Blackerby
        State Bar No. 00787091
        Federal Bar No. 20016
        Ryan C. Bueche
        State Bar No. 24064970
        Federal Bar No. 1419712

ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the 31st day of August, 2016, I caused the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court Southern District of Texas using the electronic case filing system of the Court.  I hereby certify that I have caused all counsel of record to be electronically served via the Court's CM/ECF system.

John Daspit
jdaspit@daspitlaw.com
Robert Morse
Robert@daspitlaw.com
David Sanders
Michael@daspitlaw.com
Daspit Law Firm
440 Louisiana St., Suite 1400
Houston, Texas  77002
(713) 588-0383 Telephone
(713) 587-9086 Facsimile

/s/Chris A. Blackerby
Chris A. Blackerby / Ryan C. Bueche