IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDNA MATHIS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION NO. 4:16-CV-1559 |
| LOWE'S HOME CENTERS, LLC | ) | |
| AND HUSQVARNA CONSUMER | ) | |
| OUTDOOR PRODUCTS, N.A., INC. | ) | |
| | ) | |
| DEFENDANTS. | | |

NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Edna Mathis and Defendants Lowe's Home Centers, LLC and Husqvarna Consumer Outdoor Products, N.A., Inc. and file this Notice of Settlement.

The Parties hereby give notice to the Court of a settlement reached in this matter. The parties anticipate filing a Joint Stipulation of Dismissal within the next 30 days.

Respectfully submitted,

DASPIT LAW FIRM
440 Louisiana St., Suite 1400
Houston, Texas 77002
(713) 588-0383 Telephone
(713) 587-9086 Facsimile

By: /s/Evan N. Kramer
John A. Daspit
State Bar No. 24048906
jdaspit@daspitlaw.com
Evan N. Kramer
State Bar No. 11704650
evan@daspitlaw.com

ATTORNEYS FOR PLAINTIFFS

GERMER BEAMAN & BROWN, P.L.L.C.
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288 Telephone
(512) 472-0721 Facsimile

By: /s/ Chris A. Blackerby
Chris A. Blackerby
State Bar No. 00787091
cblackerby@germer-austin.com
Ryan C. Bueche
State Bar No. 24064970
rbueche@germer-austin.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of January, 2017, I caused the foregoing document to be electronically submitted with the clerk of court for the U.S. District Court Southern District of Texas using the electronic case filing system of the Court. I hereby certify that I have caused all counsel of record to be electronically served via the Court's CM/ECF system.

John A. Daspit
Evan N. Kramer
Robert Morse
Daspit Law Firm
440 Louisiana St., Suite 1400
Houston, Texas  77002
(713) 588-0383 Telephone
(713) 587-9086 Facsimile

/s/Chris A. Blackerby
Chris A. Blackerby / Ryan C. Bueche

4581231